UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**<u>AUDRONE BATAVITCHENE</u>**

**V.**  **CIVIL ACTION NO. <u>07-11538-RCL</u>**

**<u>CITY OF QUINCY ENGINEERING DEPT., ET AL</u>**

**<u>JUDGMENT OF DISMISSAL</u>**

LINDSAY, D.J.

      In accordance with the Court's Order of <u>December 6, 2007</u> allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: <u>Judgment for the defendants, City of Quincy Engineering Department and George Clark</u> dismissing this action.

December 6, 2007                                                                           /s/ Lisa M. Hourihan  
                                                                                    Deputy Clerk