TO: BARACK OBAMA, President of the United States;

CAROL ROSE, ACLU of Massachusetts Executive Director

GARY H. WENTE, Circuit Executive, First Circuit Court of Appeals

MARK L. WOLF, Chief Judge, Federal District Court of Massachusetts

MARGARET H. MARSHALL, Chief Justice, Massachusetts Supreme Judicial Court

PHILLIP RAPOZA, Chief Justice, Massachusetts Appeals Court

MARK S. COVEN, Justice, Quincy District Court.

Dear Sir, Madam

City of Quincy, MA officials as well as ICE agent J. O'Malley are using color of uniform to extort a bribe of $102,000 utilizing legal system state and federal courts. Because of this ruthless conspiracy my family is in ruins. Therefore I humbly ask you to review this injustice, and confiscation of all kinds of possessions, rights and privileges.

All men are born free and equal and every subject is entitled to liberty, and to have it guarded by the laws. (William Cushing, 1783)

Aistis Betavicius

06/20/09

-1-

In December 2004, we applied for a variance # 04-113 to convert the existing 2 family home that my mother owns 29 Packards lane, Quincy, MA into a three family see (EXHIBIT 1) by building an addition with the city of Quincy Zoning Board of Appeals. In July, 2005 our petition was approved and Decision was granted # 04-113 see (EXHIBIT 2) In March, 2006 we pulled a Building Permit # 134849 see (EXHIBIT 3) based on Zoning Decision # 04-113

In October 2006 city of Quincy employees started to demand a bribe of $102,000. On 06/12/07 we filed a lawsuit against the city of Quincy in Norfolk County Superior Court case # 07-988. On August 7th, 2007 Norfolk County Superior Court Judge Honorable C. M. Grabau ruled on summary judgment into our favor see (EXHIBIT 4)

On June 20th, 2007 one week after we filed a lawsuit at 5 AM ICE agent from fugitive unit introduced himself as Quincy Police Detective and utilizing a ruse claimed that last night I was driving and killed or injured a person and tried to arrest me. After I asked him to show an arrest warrant, he said that he does not have one. QPD the same day filed an incident report # 07029892 'No arrest was made address change' This is how I became a fugitive see (EXHIBIT 5). On August 31, 2007 Chief of Quincy police started a bribery investigation. Detective Glynn was assigned to the case see

(EXHIBIT 6). On September 7th, 2007 ICE agent from fugitive unit was conducting surveillance on the residence 29 Packards lane, Quincy, MA. During this surveillance agent O'Malley observed me operating a motor vehickle. He followed me and affectuated a stop. After the stop he brutally beat me up with assistance of the state trooper J. Morris see (EXHIBIT 7) for not giving a bribe, forbade to live in Quincy until the bribe is paid, warned that he will do the same with the rest of my family. On October 10th, 2007 I was indicted for Assault on Federal Agent based on Warrant of Removal J-205 see (EXHIBIT 8) On December 17th, 2008 in Boston Federal District Court I was found NOT GUILTY by the jury of the peers case # 07-10331 PS. After I filed a complaint/petition to the U.S. Court of Appeals for the First Circuit on April 6th, 2009 case # 09-1451 I was released from prison on April 14th, 2009

We were removed from the house where we lived at 29 Packards lane Quincy, MA by force, beaten, threathened for not giving a bribe and now we cannot live in the house because I am under dirrect threat from Quincy people (officials) and ICE agent O'Malley. Apparently this Warrant of Removal form J-205 see (EXHIBIT 8) was to remove me from the house after some officials became frustrated after we refused to obey and give a bribe

Honorable Mark S. Coven, Justice Quincy District Court and Jason F. Mohan Assistant

District Attorney, Quincy District Court see (Exhibit 9 and 10) unfortunately both of you have incorrect facts. The warrant of Removal had not been executed see transcript from my detention hearing in Boston Federal District Court case # 07-10331 PS on October 16th, 2007 see (EXHIBIT 11) On June 20th, 2007 I was not arrested according to QPD Incident Report # 07029892 that my address changed see (EXHIBIT 5) but for other reason as ICE agent O'Malley testified under oath that I "Would Not Depart the Residence" see (Exhibit 12)

As a result of the threats my mother was beaten twice by QPD. The first time on December 7th, 2007. Second time on August 20th, 2008

On December 2nd, 2007 constable S.C Gallinaro served an "arrest notification" and informed that she will be ruined legally see (EXHIBIT 13) the same exact warning threat what Mr O'Malley gave me during my arrest on September 7th, 2007 The same day she searched on the internet to see if she has any outstanding arrest warrants/ defaults on "Peoplesearch.com" see (Exhibit 14) On December 3rd, 2007 she went to Quincy District Court to see if she has any outstanding arrest warrants/Defaults see (EXHIBIT 15). On December 4th, 2007 she went to Boston Federal Court to my pretrial conference in my Federal case 07-10331 P.S. During the hearing my attorney Soraya Sadeghi gave her a copy of Automatic

Discoveries" what included Mr O'Malleys medical records, under Automatic Discovery Federal Rules Criminal Procedure 16 see (EXHIBIT 16). Before the pretrial conference on December 4th, 2007 I asked my friend and gave him a written authorization if my case does not get dismissed during pretrial conference on Dec 4th, 2007 go to the hospitals and pick up my medical records where I was treated on Sept 7th, 2007 for my defense. After all these warnings became obvious that the time has come to take the threts seriously and move out from the city. On December 5th, 2007 my friend together with my mother went to the Quincy Medical Center to get my medical records. On December 7th, 2007 at the bank my mother closed her safety deposit box, took a large amount of cash $48 000 to rent another apartment in a different city, hire medical experts for my defense, as well as for overall legal defense, because my case proceeded to trial and there was no plea possible from my side. At about 12:30 PM on December 7th, 2007 as she came from the bank with the cash to the house 29 Packards lane, Quincy, MA parked her car in the driveway where she was assaulted and beaten by Quincy people severely beaten, $48 000 were taken. She was charged under Massachusetts General Laws (M.G.L.) Chapter 267 "CRIMES AGAINST THE CURRENCY AND FORGERY" Section 1 "False or forged records, certificates, returns,

"...ations and other writings" see (EXHIBIT 17) ...e second time she was beaten on ...gust 20th, 2008 by Quincy people see (EXHIBIT 18) while she was at home, they also knocked her tooth out see (EXHIBIT 19)

It seems to me that you are trying to deport me. After failed and futile attempts perhaps I could assist detective Glynn in bribery investigation!?

06/20/09          Aistis Batavичиы

29 S. Munroe Ter'
Dorchester, MA 02122

Barack Obama
President of U.S.
1600 Pennsylvania Ave N.W.
Washington D.C. 20500-0004
via Certified Mail 7008 1140 0000 6597 6482

Carol Rose
ACLU of Massachusetts
Executive Director
211 Congress St.
Boston, MA 02110
via Certified Mail 7008 1140 0000 6597 6499

Gary H. Wente, Circuit Executive
First Circuit Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 3700
Boston, MA 02210
via certified Mail 7008 1140 0000 6597 6505

Mark L. Wolf, Chief Judge
Federal District Court of Massachusetts
1 Courthouse Way
Boston, MA 02210
via Certified Mail 7008 1140 0000 6597 6512

Margaret H. Marshall, Chief Justice
Massachusetts Supreme Judicial Court
John Adams Courthouse
One Pemberton Square suite 1-100
Boston, MA 02108-1724
via Certified Mail 7008 1140 0000 6597 6529

Over →